UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**          Civil Action No. 07-CV-08082

       **Plaintiff,**

       .v.                                                                     **RULE 7.1 STATEMENT**

**PUPUSERIA RANCHITO RESTAURANT, INC.**
d/b/a **PUPUSERIA RANCHITO**
and **JUAN A. LOZANO**

       **Defendants,**
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  Garden City Boxing Club, Inc.  (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date: September 14, 2007                    /s/ Paul J. Hooten
                                            **Signature of Attorney**

                                            **Attorney Bar Code: PJH9510**


Form Rule7_1.pdf