UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------
GARDEN CITY BOXING CLUB, INC,

    PLAINTIFF

– vs. –

PUPUSERIA RANCHITO RESTAURANT, INC. DBA PUPUSERIA
RANCHITO ET ANO,

    DEFENDANT
---------------------------------------

Index No: **07 CIV 8082**
Date Filed:  /  /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **10/03/2007** at **04:35PM** at **4129 BROADWAY , NEW YORK, NY 10033**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **PUPUSERIA RANCHITO RESTAURANT INC DBA PUPUSERIA RANCHITO** a domestic corporation (one of) the **DEFENDANT** therein named by delivering to, and leaving personally with **JUANA COMBO, MANAGING AGENT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**     COLOR: **BROWN**     HAIR: **BROWN**
    APP. AGE: **25**     APP. HT: **5'3**     APP. WT: **140**
    OTHER IDENTIFYING FEATURES:

Deponent further says: That at the time of such service I knew the said corporation so served as aforesaid to be the same corporation mentioned and described in the aforementioned document(s) as (one of) the **DEFENDANT** in this action.

Sworn to before me on **10/05/2007**.



NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

_____
LOAI SARSOUR – 1133809
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

