UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

            Plaintiff

-against-

PUPUSERIA RANCHITO RESTAURANT, INC.
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO
               Defendant,
------------------------------------------------------X

Index No. 07-CV-8082

**CERTIFICATE OF SERVICE**

I certify that a copy of the Initial Scheduling Conference Notice and Order was sent via

U.S. Postal Service, postage prepaid, first class mail, addressed to the following on

October 29, 2007:


Pupuseria Ranchito Restaurant, Inc.
d/b/a Pupuseria Ranchito
4219 Broadway
New York, NY 10033

Juan A. Lozano
4129 Broadway
New York, NY 10033


                                By:    /s/ Lucille Eichler
                                       Lucille Eichler.
                                       Paul J. Hooten & Associates
                                       Attorney for Petitioner
                                       5505 Nesconset Highway
                                       Suite 203