UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

       Plaintiff      CIVIL NO. 07-CV-8082

-AGAINST-

PUPUSERIA RANCHITO RESTAURANT INC.
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO       **DEFAULT JUDGMENT**

       Defendant
---------------------------------------------------X

  This action having been commenced on September 14, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Pupuseria Ranchito Restaurant Inc, d/b/a Pupuseria Ranchito and Juan A. Lozano on October 3, 2007 and a proof of service having been filed on October 15, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired. The Clerk also noted the defendant's default on February 8, 2008, it is

  ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from September 18, 2004, amounting to $6,000.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,470.00.

Dated: New York, New York
   _____

               _____
               Richard J. Holwell
               United States District Judge

               This document was entered on the docket
               on _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                Plaintiff         07 CV 8082

  -AGAINST-

PUPUSERIA RANCHITO RESTAURANT INC.
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO                **AFFIDAVIT FOR JUDGMENT**
                                                   **BY DEFAULT**

                Defendant
------------------------------------------------------X

STATE OF NEW YORK    )
                             )   ss:
COUNTY OF NEW YORK  )

      Paul J. Hooten, being duly sworn, deposes and says:

  I am a member of the Bar of this Court and am associated with the firm of Paul J. Hooten & Associates, attorney for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

    1.  I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiffs application for the entry of a default judgment against defendant.

    2.   This is an action to recover the unauthorized exhibition of the telecast of the September 18, 2004, boxing match between Oscar De La Hoya and Bernard Hopkins by the defendant.  See attached summons and complaint attached hereto as Exhibit "A".

    3.  This action was commenced on September 14, 2007 by the filing of the summons and complaint.  A copy of the summons and complaint was served on the defendant

Pupuseria Ranchito Restaurant Inc., d/b/a Pupuseria Ranchito and Juan A. Lozano on October 3, 2007 by service on Juana Combo, Managing Agent. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

4. This action seeks judgment in the amount of $20,000.00, plus interest at 9% from September 18, 2004, amounting to $6,000.00, plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,470.00.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York
February 18, 2008

/s/ Paul J. Hooten
Paul J. Hooten (PJH9510)

Sworn to before me this
18th day of February, 2008

/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County
Commission Expires August 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                Plaintiff          07 CV 8082

  -AGAINST-

PUPUSERIA RANCHITO RESTAURANT, INC.,
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO               **STATEMENT OF DAMAGES**

                Defendant
--------------------------------------------------X

Amount of judgment ...........................……………………    $20,000.00

Interest at 9% from September 18, 2004 through January 2008 ..$ 6,000.00

Costs and Disbursements:

Clerk's fee ……………………………………………………    $   350.00
Process Server fee for service ………………………………..    $   120.00


Total as of November 20, 2006.............................................……    $26,470.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                            Plaintiff         07 CV 8082

-AGAINST-

PUPUSERIA RANCHITO RESTAURANT INC.
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO         **CERTIFICATE OF SERVICE**

                            Defendant
-----------------------------------------------------X

I certify that a copy of the Default Judgment, Affidavit for Judgment by Default, and Statement of Damages was sent via U.S. Postal Service, postage prepaid, first class mail, addressed to the following on February 18, 2008:

Pupuseria Ranchito Restaurant, Inc.
d/b/a Pupuseria Ranchito.
4129 Broadway
New York, NY 10033

Juan A. Lozano
4129 Broadway
New York, NY 10033

                            By:    /s/ Paul J. Hooten
                                   Paul J. Hooten, Esquire
                                   Attorney for Plaintiff
                                   5505 Nesconset Highway, Suite 203
                                   Mt. Sinai, NY 11766
                                   Telephone (631) 331-0547