UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                         Plaintiff            07 CV 8082

  -AGAINST-

PUPUSERIA RANCHITO RESTAURANT INC.
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO                    **AFFIDAVIT FOR JUDGMENT**
                                                    **BY DEFAULT**
                        Defendant
-----------------------------------------------------X

STATE OF NEW YORK    )
                               )    ss:
COUNTY OF NEW YORK  )

    Paul J. Hooten, being duly sworn, deposes and says:

  I am a member of the Bar of this Court and am associated with the

firm of Paul J. Hooten & Associates, attorney for plaintiff in the above-entitled action and I am

familiar with all the facts and circumstances in this action.

    1.  I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil

Rules for the Southern District of New York, in support of plaintiffs application for the entry of a

default judgment against defendant.

    2.    This is an action to recover the unauthorized exhibition of the telecast

of the September 18, 2004, boxing match between Oscar De La Hoya and Bernard Hopkins by

the defendant.  See attached summons and complaint attached hereto as Exhibit "A".

    3.  This action was commenced on September 14**,** 2007 by the filing of the summons and

complaint.  A copy of the summons and complaint was served on the defendant Pupuseria

Ranchito Restaurant Inc., d/b/a Pupuseria Ranchito and Juan A. Lozano on October 3, 2007 by

service on Juana Combo, Managing Agent.   The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

    4.   This action seeks judgment in the amount of $20,000.00, plus interest at 9% from September 18, 2004, amounting to $6,000.00, plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,470.00.

    WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York
      February 18,  2008

                                        /s/ Paul J. Hooten
                                        Paul J. Hooten (PJH9510)

Sworn to before me this
 18th day of February, 2008


/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County
Commission Expires August 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                            Plaintiff                07 CV 8082

  -AGAINST-

PUPUSERIA RANCHITO RESTAURANT, INC.,
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO                  **STATEMENT OF DAMAGES**

                          Defendant
------------------------------------------------------X


Amount of judgment .....................……………………    $20,000.00

Interest at 9% from September 18, 2004 through January 2008 ..$ 6,000.00

Costs and Disbursements:

Clerk's fee …………………………………………………    $   350.00
Process Server fee for service ……………………………..    $   120.00


Total as of November 20, 2006..............................……    $26,470.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                          Plaintiff          07 CV 8082

  -AGAINST-

PUPUSERIA RANCHITO RESTAURANT INC.
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO               **CERTIFICATE OF SERVICE**

                          Defendant
-------------------------------------------------------X

I certify that a copy of the Default Judgment, Affidavit for Judgment by Default, and

Statement of Damages was sent via U.S. Postal Service, postage prepaid, first class mail,

addressed to the following on February 18, 2008:

Pupuseria Ranchito Restaurant, Inc.
d/b/a Pupuseria Ranchito.
4129 Broadway
New York, NY 10033

Juan A. Lozano
4129 Broadway
New York, NY 10033

                                    By:    /s/ Paul J. Hooten
                                             Paul J. Hooten, Esquire
                                             Attorney for Plaintiff
                                             5505 Nesconset Highway, Suite 203
                                             Mt. Sinai, NY 11766
                                             Telephone (631) 331-0547