UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
GARDEN CITY BOXING CLUB, INC.,   **RULE 7.1 of FEDERAL RULES OF CIVIL PROCEDURE**

              Plaintiff,   Civil Action No. 07 CV 8082
   Judge Holwell

- against -

PUPUSERIA RANCHITO REST INC.
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO,

              Defendants.
--------------------------------------------------------x

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the Defendant, PUPUSERIA RANCHITO REST INC..

Dated: New York, NY
       February 25, 2008

                PUPUSERIA RANCHITO REST. INC.

              by _/s/_____
                Enrique A. Leal, Esq. (EL6160)
                4222 Broadway
                New York, NY 10033
                Tel.: (212) 927 5972
                Fax: (212) 781 8344