UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
GARDEN CITY BOXING CLUB, INC.,          CIVIL ACTION NO.: 07 CV 8082

        Plaintiff,                              **ANSWER**

v.

PUPUSERIA RANCHITO RESTAURANT, INC.
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO,

        Defendants.
---------------------------------------------------x

        The Defendants, PUPUSERIA RANCHITO RESTAURANT, INC. and JUAN A. LOZANO, by their attorney, ENRIQUE A. LEAL, ESQ., answering the complaint of the Plaintiff herein alleges as follows:

        1. Lacks knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 1 –4, 7-14, 22, 24, and 29.

        2. Defendants, PUPUSERIA RANCHITO RESTAURANT, INC. and JUAN A. LOZANO admit the allegations contained in paragraphs 5, and 6.

3. Defendants, PUPUSERIA RANCHITO RESTAURANT, INC. and JUAN A. LOZANO deny each and every other allegation contained in the complaint.

WHEREFORE, Defendants, PUPUSERIA RANCHITO RESTAURANT, INC. and JUAN A. LOZANO, respectfully request that judgment be rendered in their favor and against the plaintiff dismissing the complaint.

Dated: February 25, 2008
      New York, NY

ENRIQUE A. LEAL, ESQ.
Attorney for Defendants (EL6160)
4222 Broadway
New York, NY 10033
(212) 927 5972

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

KINGVISION PAY-PER-VIEW LTD,   CIVIL ACTION NO.: 07 CV 8082

          Plaintiff,   **NOTICE OF APPEARANCE**

v.

PUPUSERIA RANCHITO RESTAURANT, INC.
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO,

          Defendants.

-------------------------------------------------x

SIR

      **PLEASE TAKE NOTICE**, That Defendants, PUPUSERIA RANCHITO RESTAURANT, INC. and JUAN A. LOZANO hereby appear(s) in the above entitled action, and that the undersigned has been retained as Attorney for said defendant(s) and demand(s) a copy of and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: February 25, 2008
       New York, NY

                                                    Yours, etc.

                                                    ENRIQUE A. LEAL, Esq.
                                                    Attorney for Respondent
                                                    4222 Broadway
                                                    New York, NY 10033
                                                    212 927 5972

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GARDEN CITY BOXING CLUB INC.,

               Plaintiff,

v.

PUPUSERIA RANCHITO RESTAURANT INC.
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO

----------------------------------------------------x

## ANSWER & NOTICE OF APPEARANCE

**ENRIQUE A. LEAL, ESQ.**
Attorney for Defendants
4222 BROADWAY
NEW YORK, NY 10022
212 927 5972

To

*Service of a copy of the within is hereby admitted.*
*Dated:*

*Attorney(s) for*