```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GARDEN CITY BOXING CLUB, INC.,

                        Plaintiff,

                                                                07 Civ. 8082 (RJH)
        -against-
                                                                ORDER
PUPUSERIA RANCHITO RESTAURANT INC.
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO
                        Defendants.

------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

The parties are directed to appear on April 21, 2008 at 10:00 a.m. in the Courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007 for a conference.

SO ORDERED.

Dated: New York, New York
       April 9, 2008

                                                        _____
                                                        Richard J. Holwell
                                                        United States District Judge