```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GARDEN CITY BOXING CLUB, INC.

              Plaintiff              Index#: CV 07-08082

    -against-



PUPUSERIA RANCHITO RESTAURANT, INC.   PLAINTIFF'S INITIAL
d/b/a PUPUSERIA RANCHITO              DISCLOSURE PURSUANT TO
and JUAN A. LOZANO                    FED R.CIV.P.26(a)(1)
                                      OF INTERROGATORIES
              Defendant
------------------------------------x
```

Pursuant to the requirement of Federal Rule of Civil Procedure 26, Garden City Boxing Club, Inc. Plaintiff in the above-titled action, makes the following disclosures by and through its undersigned counsel:

1. Initial Disclosures

(A) The identity of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the Complaint is as follows:

(1) Garden City Boxing Club, Inc. c/o Thomas P. Riley, P.C., First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227; having knowledge as to the unauthorized publication and use of the telecast of Oscar De La Hoya and Bernard Hopkins on September 18, 2004 at the Pupuseria Ranchito Restaurant Inc.

(2) Pupuseria Ranchito Restaurant d/b/a Pupuseria Ranchito and Juan A. Lozano ("Defendant"), 4129 Broadway, New

York, NY 10033; knowledge as to the information contained in and relating to the unauthorized publication and use of the telecast of Oscar De La Hoya and Bernard Hopkins on September 18, 2004 at the Pupuseria Ranchito Restaurant, Inc..

(B) All documents, date complications, and tangible things that are in possession, custody, or control of J&J Sports Productions, Inc., may use to support its claims and/or defenses include the following:

>  (1) Copy of investigators report;
>
>  (2) Responses to discovery;
>
>  (3) Deposition testimony, if any;
>
>  (4) any other relevant document not yet discovered by Plaintiff which would be relevant to Plaintiff's case.

The documents are located or will be located at the offices of Thomas P. Riley, PC, First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227 and Paul J. Hooten & Associates, PLLC, 5505 Nesconset Hwy., Suite 203, Mt. Sinai, New York 11766/ There may e other documents that may be relevant that are not yet known which may be used to support the claims and/or defenses of Garden City Boxing Club, Inc..

( C ) Damages to Plaintiff arising from the Defendant's authorized use of the telecast of Oscar De La Hoya and Bernard Hopkins on September 18, 2004 at the Pupuseria Ranchito Restaurant Inc. d/b/a Pupuseria Ranchito and Juan A. Lozano and

attorney fees and costs.

    (D) Fed.R.Civ. P. 26 (a)(1)(D) does not apply to this matter.

                                            Respectfully submitted,
Date: July 17, 2008

                                            /s/ Paul J. Hooten
                                            PAUL J. HOOTEN & ASSOCIATES
                                            ATTORNEY FOR PLAINTIFF
                                            5505 Nesconset Hwy., Suite 203
                                            Mt. Sinai, New York 11766
                                            (631)331-0547

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
        Plaintiff,                             Index # 07-CV-8082

   -against-

PUPUSERIA RANCHITO RESTAURANT, INC.       **CERTIFICATE OF SERVICE**
d/b/a PUPUSERIA RANCHITO
and JUAN A. LOZANO
        Defendants,
_____

      I certify that a copy of the Plaintiff's Initial Disclosure Pursuant To Fed R.Civ.P 26(a)(1)

Of Interrogatories was sent via the U.S. Postal Service within the State of New York, First Class

Mail addressed to the following on July 17, 2008:

To:    Enrique A. Leal, Esquire
        Attorney for Defendant
        270 North Avenue
        Suite 711
        New Rochelle, NY 10801


                By:    /s/ Lucille Eichler
                           Lucille Eichler
                           Paul J. Hooten & Associates
                           5505 Nesconset Highway, Suite 203
                           Mt. Sinai, NY 11766